STONE v. HOMES, INC.

No. 14 PC.

Case below: 37 N.C. App. 97.

Petitions by plaintiffs and defendants for discretionary review under G.S. 7A-31 denied 4 October 1978.

THIGPEN v. PIVER

No. 41 PC.

Case below: 37 N.C. App. 382.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 October 1978.

VAUGHN v. DEPT. OF HUMAN RESOURCES

No. 24 PC.

No. 116 (Fall Term).

Case below: 37 N.C. App. 86.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 4 October 1978.

vanDOOREN v. vanDOOREN

No. 34 PC.

Case below: 37 N.C. App. 333.

Petition by Peter vanDooren for discretionary review under G.S. 7A-31 denied 4 October 1978.

WILLIAMS v. DAMERON

No. 40 PC.

Case below: 37 N.C. App. 491.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 October 1978. Motion of defendant to dismiss appeal for lack of substantial constitutional question allowed 4 October 1978.